December 10, 1925, affirming a judgment in favor of plaintiff entered upon a verdict.

*Paul Koch* for appellant.

*Thomas J. O' Neill, Leonard F. Fish* and *Patrick J. McMahon* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

GERHARD & HEY, INC., Appellant, *v.* CATTARAUGUS TANNING COMPANY, Respondent.

(Submitted May 3, 1926; decided May 11, 1926.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 241 N. Y. 413.)

---

JOSEPH HILD, Appellant, *v.* McCLINTIC-MARSHALL COMPANY, Respondent.

*Appeal — discretionary order — failure to file undertaking and return — motion to dismiss appeal granted.*

*Hild* v. *McClintic-Marshall Co.,* 215 App. Div. 780, appeal dismissed.

(Submitted May 3, 1926; decided May 11, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 4, 1925, which reversed an order of the Trial Term granting a motion to set aside a prior dismissal of the complaint and directing restoration of the case to the calendar.

The motion was made upon the grounds of failure to perfect the appeal by filing the required undertaking and return, and upon the further ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*E. C. Sherwood* for motion.

*Matthew W. Wood* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.